### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADRIAN L. JACKSON, Inmate #N56292, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)    CIVIL NO. 04-160-DRH<br>STATE OF ILLINOIS DEPARTMENT )<br>OF CORRECTIONS, *et al.*, )<br>)<br>Defendants. )<br>) | |

### ORDER

**HERNDON, District Judge:**

Currently pending before the Court are Plaintiff's motions for Entry of Default Judgment (Doc. 7), for Default Judgment (Doc. 8), to Compel the Court to Enter Judgment (Doc. 9), Requesting a Hearing (Doc. 13), for Order to Proceed with Trial (Doc. 14), for a Status Hearing (Doc. 16), and to Proceed with Trial (Doc. 18). In each of these motions Plaintiff requests that the Court act, in one way or another, to expedite the adjudication of the matter.

The Court has now completed its review of the complaint pursuant to 28 U.S.C. § 1915A, has ordered that the Defendants be served, and has referred the case to a magistrate judge for further proceedings. Accordingly, each of Plaintiff's motions (Docs. 7, 8, 9, 13, 14, 16, and 18) are **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED: March 8, 2006**

/s/ David R Herndon
**DISTRICT JUDGE**