IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ADRIAN L. JACKSON,**

**Plaintiff,**

vs.

**ROGER E. WALKER, et al.,**

**Defendants.**                                                                 **No. 04-CV-160-DRH**

**ORDER**

**Herndon, District Judge:**

On June 5, 2006, Plaintiff Adrian L. Jackson ("Plaintiff") filed a motion for default judgment (Doc. 25). Specifically, Plaintiff claimed that the clerk entered a default judgment against Defendants on April 25, 2006 due to their failure to respond to Plaintiff's complaint. (*Id.*) This matter comes before the Court on a Report and Recommendation ("the Report") filed by United States Magistrate Judge Philip M. Frazier on July 17, 2006. (Doc. 32.) Magistrate Judge Frazier's Report recommends that Plaintiff's motion be denied.

Under **Rule 73.1 of the Local Rules of the Southern District of Illinois**, the parties had ten days in which to serve and file written objections to the Report. As of this date, no objections have been filed. The period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. **Thomas v. Arn, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** Magistrate Judge Frazier's Report (Doc. 32)

and **DENIES** Plaintiff's motion (Doc. 25).

       **IT IS SO ORDERED.**

Signed this 23rd day of October, 2006.

                                  /s/      David   RHerndon
                                 **United States District Judge**