IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ADRIAN JACKSON**,

**Plaintiff,**

**v.**

**ROGER WALKER, et al.,**

**Defendants.**                                                   No. 04-cv-0160-DRH

**MEMORANDUM and ORDER**

**HERNDON, District Judge:**

On March 4, 2004, Plaintiff, Adrian Jackson, a former inmate in the Centralia Correctional Center, filed suit against Defendants for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983 (Doc. 1).[1]  Pursuant to **28 U.S.C. § 636(b)(1)(B)**, Magistrate Judge Philip M. Frazier submitted a Report and Recommendation ("the Report") on May 21, 2007  (Doc. 65).  The Report recommends that the Court *sua sponte* dismiss without prejudice the claims against Defendant Hughes and grant Defendants' motion for summary judgment for failure to exhaust administrative remedies (Doc. 62).  The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service of the Report.  To date, none of the parties has filed objections.  The period in which to file objections has expired.  Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review.  ***Thomas v.***

---

[1] The record reflects that Jackson was released on parole in June 2006.

*Arn*, **474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report (Doc. 56). The Court **GRANTS** Defendants' motion for summary judgment (Doc. 62. The Court **DISMISSES without prejudice** for failure to exhaust administrative remedies Plaintiff's claims against Rausch, McDonal, Weh, Walker, Brassel, Mote, Riley, Rolfingmeier, Snyder, and Bowen. Further, the Court *sua sponte* **DISMISSES without prejudice** for lack of service of process Plaintiff's claims against Defendant Hughes. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 12th day of June, 2007.

/s/      David   RHerndon
**United States District Judge** On