IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ADRIAN JACKSON**,

**Plaintiff,**

**v.**

**ROGER WALKER, et al.,**

**Defendants.**                                                  No. 04-cv-0160-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court are Jackson's witnesses motion for discovery (Doc. 71); motion to extend discovery (Doc. 72) and motion to compel required disclosure of names and addresses and persons having knowledge of the claims involved (Doc. 73). On June 29, 2007, the Court entered an Order dismissing this case without prejudice for failure to exhaust administrative remedies (Doc. 69). Thus, the Court **DENIES as moot** these motions.

**IT IS SO ORDERED.**

Signed this 6th day of July, 2007.

/s/     David  RHerndon
**United States District Judge**